Dismissed and Memorandum Opinion filed December 20, 2007








Dismissed
and Memorandum Opinion filed December 20, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00375-CV

____________

 

BRENDA J. BRANCH, Appellant

 

V.

 

HUDSON & KEYSE, L.L.C. ASSIGNEE
OF CHASE MANHATTAN BANK, Appellee

 



 

On Appeal from County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No.
874819

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 3, 2007.  The clerk=s record was filed on June 8, 2007. 
The court reporter notified this court on June 1, 2007 that no reporter=s record was taken.  No brief was
filed.

On
November 1, 2007, this Court issued an order stating that unless appellant
submitted her brief, together with a motion reasonably explaining why the brief
was late, on or before December 3, 2007, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).








Appellant
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 20, 2007.

Panel consists of Justices
Fowler, Frost, and Seymore.